IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
DELORIS BURROUGHS,              }
                                }
     Plaintiff,                 }
                                }     CIVIL ACTION NO.
v.                              }     01-AR-1863-S
                                }
BELLSOUTH TELECOMMUNICATIONS,   }
INC., et al.,                   }
                                }
     Defendants.                }
```

**MEMORANDUM OPINION AND FINAL JUDGMENT**

No matter how enigmatic or unsatisfying the opinion of the Eleventh Circuit may be, it ended with the following clear and unambiguous sentence: "**We vacate the district court's decision and remand for entry of judgment for BellSouth**". No more pointed and easily understood instruction could be uttered. Yet, plaintiff, Deloris Burroughs, has filed a post-mandate motion asking this court to address or to readdress issues which she says were not appropriately addressed by the Eleventh Circuit. Unfortunately for Burroughs, the law-of-the-case precludes any such undertaking by this court. Burroughs is left with a petition for *certiorari* to the Supreme Court as her only recourse. Her post-mandate motion is DENIED. Pursuant to the mandate of the Eleventh Circuit, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 9th day of October, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE